IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ROLAND PELLETIER,**

    **Plaintiff,**

**v.**     Case No. 1:22-cv-338-AW-MAF

**SINGLETARY, JAIL ADMINISTRATOR, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's December 14, 2002 report and recommendation (ECF No. 2), to which there has been no objection. That report and recommendation is adopted and incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice to refiling in the appropriate venue." The clerk will close the file.

SO ORDERED on January 19, 2023.

                                        s/ *Allen Winsor*
                                        United States District Judge